**STATE of Missouri, Respondent,**

v.

**Joseph R. AUSTIN, Appellant.**

**Joseph R. AUSTIN, Appellant,**

v.

**STATE of Missouri, Respondent.**

Nos. 64209, 66927.

Missouri Court of Appeals,
Eastern District,
Division Two.

Oct. 3, 1995.

Motion for Rehearing and/or Transfer to
Supreme Court Denied Nov. 8, 1995.

Application to Transfer Denied
Dec. 19, 1995.

James C. Ochs, Charles Clifford Schwartz,
Jr., St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Mary
Moulton Bryan, Asst. Atty. Gen., Jefferson
City, for respondent.

Before CRAHAN, P.J., and CRANDALL
and DOWD, JJ.

### ORDER

PER CURIAM.

Defendant appeals following his conviction by a jury of the class B felony of delivery of a controlled substance in violation of § 195.211 RSMo 1994, for which he was sentenced to 15 years imprisonment.[1] We have reviewed the briefs of the parties and the record on appeal and find the contentions on appeal to be without merit. An extended opinion would have no precedential value. However, the parties have been provided with a memorandum opinion explaining the basis for our ruling. We affirm the judg-ments pursuant to Rules 84.16(b) and 30.25(b).

---

1. Defendant also filed an appeal from the denial of his Rule 29.15 motion for post-conviction relief following an evidentiary hearing. However, Defendant presented no claims of error in his brief pertaining to that ruling and that appeal is therefore deemed abandoned.